AARON D. FORD
Attorney General
KYLE L. HILL, Bar No.16094
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants Kim Adamson, Romeo Aranas, Nethanjah Breitenbach, James Dzurenda, Tim Garrett, Erin Parks, and Kenneth Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIE RAY LEWIS,

Plaintiff,

v.

S. AUSTIN, *et al.*,

Defendants.

Case No. 3:24-cv-00538-CLB

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT (First Request)**

Defendants, Kim Adamson, Romeo Aranas, Nethanjah Breitenbach, James Dzurenda, Tim Garrett, Erin Parks, and Kenneth Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General, Office of the Attorney General, hereby move this Court for an extension of time to file a Motion for Summary Judgment. This is the first request to extend the subject deadline.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. FACTUAL ANALYSIS**

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender, Willie Ray Lewis (Lewis). On January 12, 2026, this Court entered a scheduling order with a discovery deadline of July 13, 2026, and a dispositive motion deadline of August 12, 2026. ECF No. 30.

Counsel for Defendants has been working diligently on this motion but some additional time is necessary for undersigned counsel to have the dispositive motion ready to file as some of the arguments being raised by Defendants requires additional time that undersigned counsel had not anticipated needing to complete the motion.

Further, undersigned counsel returned from an extended leave of absence for medical reasons in July 2026, and has been diligent in reviewing and working on a large number of different matters, but due to the time needed to get fully caught up on counsel's case load, has been unable to finish and have the dispositive motion in this matter ready for filing.

## II. ARGUMENT

Defense counsel respectfully requests a 30 day extension of time to file Defendants' dispositive motion from the current deadline of August 12, 2026, until September 11, 2026.

Defense counsel has been working diligently on this matter, but due to the need to include argument on a complex issue that undersigned counsel had not anticipated, as well as the efforts counsel has made in catching up on casework since returning from his medical leave, good cause is met for an extension to be granted.

### A. Current Deadlines

Dispositive motion deadline: August 12, 2026

Joint pretrial order (if no dispositive motions filed): September 11, 2026

### B. Proposed Deadlines

Dispositive motion deadline: September 11, 2026

Joint pretrial order (if no dispositive motions filed): October 12, 2026

### C. Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists as follows for the extension. LR 26-3. Additionally, counsel for Defendants needs additional time due to the necessity of including additional arguments regarding a complex issue which undersigned counsel had not originally anticipated needing for the motion. Additionally, undersigned counsel has

only recently returned from an extended medical leave and has been diligently working on getting all assigned cases current.

Defendants seek an additional thirty (30) days to file the instant dispositive motion in this case. Defendants assert that the requisite good cause is present to warrant the requested extension of time. This is the first request to extend the subject deadline.

## III. CONCLUSION

Defendants respectfully request this Court extend the deadline for dispositive motion in this matter. Defendants assert the requisite good cause is present to warrant an extension of time. Therefore, Defendants request additional time, up until **September 11, 2026**, to file dispositive motions in this matter.

DATED this 12th day of August 2026.

AARON D. FORD
Attorney General

By: */s/ Kyle L. Hill*
KYLE L. HILL, Bar No. 16094
Deputy Attorney General
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED.**

**DATED:** August 12, 2026

UNITED STATES MAGISTRATE JUDGE