# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

WILLIE RAY LEWIS,

Plaintiff,

v.

S. AUSTIN, *et al.*,

Defendants.

Case No. 3:24-CV-00538-CLB

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL AS UNOPPOSED**

[ECF No. 33]

On July 27, 2026, Plaintiff Willie Ray Lewis ("Lewis") filed a motion to compel production of discovery. (ECF No. 33.) No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore, the Court grants Lewis's motion to compel, (ECF No. 33) as unopposed.

**IT IS THEREFORE ORDERED** that Lewis's motion to compel, (ECF No. 33), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall turn over all requested discovery to Lewis on or before **Monday, September 14, 2026**.

**IT IS SO ORDERED**.

**DATED**: August 14, 2026.

UNITED STATES MAGISTRATE JUDGE