AARON D. FORD
Attorney General
KYLE L. HILL, Bar No.16094
Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-0429 (phone)
(702) 486-3768 (fax)
Email: khill@ag.nv.gov

*Attorneys for Defendants Kim Adamson, Romeo Aranas, Nethanjah Breitenbach, James Dzurenda, Tim Garrett, Erin Parks, and Kenneth Williams*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WILLIE RAY LEWIS,

Plaintiff,

v.

S. AUSTIN, *et al.*,

Defendants.

Case No. 3:24-cv-00538-CLB

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT (Second Request)**

Defendants, Kim Adamson, Romeo Aranas, Nethanjah Breitenbach, James Dzurenda, Tim Garrett, Erin Parks, and Kenneth Williams, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kyle L. Hill, Deputy Attorney General, Office of the Attorney General, hereby move this Court for an extension of time to file a Motion for Summary Judgment. This is the second request to extend the subject deadline.

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. FACTUAL ANALYSIS

This is a *pro se* prisoner 42 U.S.C. § 1983 civil rights claim brought by offender, Willie Ray Lewis (Lewis). On January 12, 2026, this Court entered a scheduling order with a discovery deadline of July 13, 2026, and a dispositive motion deadline of August 12, 2026. ECF No. 30.

On August 13, 2026, this Court granted Defendants' request for an extension of the dispositive motion deadline, extending the deadline to September 11, 2026. ECF No. 35. On August 17, 2026, this Court granted Plaintiff's motion to compel, giving Defendants until September 14, 2024, to turn over all requested discovery to Lewis. ECF No. 36.

Counsel for Defendants has been working diligently on this motion, but as the Court recently ordered discovery turned over to Lewis to a date after the current deadline of September 11, 2026, Defendants request an extension of the dispositive motion deadline in order for the requested discovery to be disclosed to Lewis, as well as some additional time for Lewis to review this discovery once received.

## II. ARGUMENT

Defense counsel respectfully requests a 60 day extension of time to file Defendants' dispositive motion from the current deadline of September 11, 2026, until November 10, 2026.

Given that Defendants have been ordered to provide requested discovery to Lewis by September 14, 2026, and the current dispositive deadline is September 11, 2026, as well as anticipating the need for some additional time for Lewis to review the discovery received, Defendants request a 60-day extension of time to file dispositive motions in this matter.

### A. Current Deadlines

| | |
|---|---|
| Dispositive motion deadline: | September 11, 2026 |
| Joint pretrial order (if no dispositive motions filed): | October 12, 2026 |

### B. Proposed Deadlines

| | |
|---|---|
| Dispositive motion deadline: | November 10, 2026 |
| Joint pretrial order (if no dispositive motions filed): | December 10, 2026 |

### C. Good Cause Supports this Request

Federal Rule of Civil Procedure 16(b) allows parties to request extensions of deadlines set in the Court's scheduling order. Good cause exists as follows for the extension. LR 26-3.

Defendants seek an additional sixty (60) days to file the instant dispositive motion

in this case. Defendants assert that the requisite good cause is present to warrant the requested extension of time. This is the second request to extend the subject deadline.

## III. CONCLUSION

Defendants respectfully request this Court extend the deadline for dispositive motion in this matter. Defendants assert the requisite good cause is present to warrant an extension of time. Therefore, Defendants request additional time, up until **November 10, 2026**, to file dispositive motions in this matter.

DATED this 10th day of September 2026.

AARON D. FORD
Attorney General

By: */s/ Kyle L. Hill*
KYLE L. HILL, Bar No. 16094
Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**DATED:** September 10, 2026

UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada and that on September 10, 2026, I electronically filed the foregoing, **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT,** via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically.

Willie Ray Lewis, #91716
c/o LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419

/s/ Nancy Gregory
An employee of the
Office of the Attorney General